UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL RINCON,                                         :

                Plaintiffs,         :        **STATEMENT PURSUANT TO**
                                                      **RULE 7.1 OF THE FEDERAL**
    -against-                                  :        **RULES OF CIVIL PROCEDURE**

BUILDING SERVICE 32B-J HEALTH FUND and : Docket No.08-CV-393 (SAS)
BOARD OF TRUSTEES OF BUILDING SERVICE
32B-J HEALTH FUND                                  :

                Defendants.        :
-----------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Building Service 32B-J Health Fund, certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                     None

Dated: March 13, 2008

                                                  RAAB, STURM GOLDMAN & GANCHROW, LLP

                                                  By: _____
                                                  Ira A. Sturm (IAS-2042)
                                                  *Attorneys for Defendant*
                                                  317 Madison Avenue, Suite 2010
                                                  New York, New York 10017
                                                  Tel. (212) 683-6699
                                                  Fax (212) 779-8596