UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL RINCON                                       :
                                                    :
        Plaintiff,                              :  **AFFIDAVIT OF SERVICE**
                                                    :
                                                    :  **Docket No: 08-Civ. 393 (SAS)**
                                                    :
                                                    :
BUILDING SERVICE 32BJ HEALTH FUND                   :
                                                    :
        Defendant.                              :
                                                    :
------------------------------------------------------------X
STATE OF NEW YORK   )
                    )ss:
COUNTY OF NEW YORK  )

    Nancy Rivera, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Kearny, New Jersey.

    On March 14, 2008, I served a true copy of Answer , Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, by mailing the same, via first class mail, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

        McCormic, Donne & Foley
        Attn: Christopher P. Foley, Esq.
        *Attorneys for Plaintiff*
        61 Boradway, Suite 2100
        New York, New York 10006

                                        _____
                                        Nancy Rivera

Sworn to before me this
14th Day of March, 2008

_____
NOTARY PUBLIC

NANCY STRASFELD
Notary Public, State of New York
No. 02ST6129584
Qualified in New York County
Commission Expires June 27, 2009