```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

# McCormick Dunne & Foley

ATTORNEYS AND COUNSELORS AT LAW

61 BROADWAY – SUITE 1030

NEW YORK, NEW YORK 10006-2730

212-363-1300

212-363-8762 (FAX)

CHRISTOPHER P. FOLEY
cfoley@mdflawfirm.com

[CHAMBERS stamp: JUL 08 2008 JUDGE SCHEINDLIN]

July 8, 2008

**Handwritten order:** Plaintiff's request is granted. The conference originally scheduled for July 16, 2008 is adjourned to October 13, 2008 at 4:00 p.m. No further adjournments will be granted.

SO ORDERED:

Dated: New York, New York
July 8, 2008

/s/ Shira A. Scheindlin
U.S.D.J.

**VIA FACSIMILE**
The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: Rincon v. Building Service 32BJ Health Fund, et al.
    Case No.: 08 Civ. 0393 (SAS)

Dear Judge Scheindlin:

We represent plaintiff Daniel Rincon in the above-referenced ERISA disability action, with respect to which an initial conference was held on February 26, 2008. At the conference, defendant consented to a voluntary remand to consider certain factors not previously considered, and a "new" initial conference date of July 16 was set.

Unfortunately, owing to scheduling conflicts, the hearing for the voluntary remand was not able to be scheduled before the summer, and it thus had to be set for September 24. On the basis of the foregoing, we would respectfully request (with defendants' consent) that next week's conference be adjourned to a date in October or November.

Respectfully submitted,

MCCORMICK DUNNE & FOLEY

By: /s/ Christopher P. Foley
Christopher P. Foley (CF 6079)

cc: **VIA FACSIMILE**
    Ira A. Sturm, Esq.
    Raab, Sturm, Goldman & Ganchrow, LLP